# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| ELIZABETH TRUSLER, | : | |
| --- | --- | --- |
| | : | Case No. 2:17-cv-1047 |
| Plaintiff, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | Magistrate Judge Jolson |
| COMMISSIONER OF SOCIAL SECURITY,: | | |
| | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's May 31, 2018 Report and Recommendation (ECF No. 14), which recommended that Plaintiff's Statement of Errors (ECF No. 11) be overruled and the Commissioner's decision be affirmed.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 14 at 20). The initial deadline for objections was June 14, 2018. (ECF No. 14). Plaintiff requested an extension of time to object and the Magistrate Judge granted her request. (ECF Nos. 15, 16). The deadline for objections then became June 28, 2018. (ECF No. 16). This deadline has since lapsed and the parties have failed to file any objections.

The Court hereby **ADOPTS** the Report and Recommendation (ECF No. 14) based on the independent consideration of the analysis therein. Plaintiff's Statement of Errors (ECF No. 11) is hereby **OVERRULED** and the Commissioner of Social Security's decision is hereby **AFFIRMED**.

IT IS SO ORDERED.

                                                                                 **s/ Algenon L. Marbley**
                                            **ALGENON L. MARBLEY**
                                            **UNITED STATES DISTRICT JUDGEDATED:**

**DATED: June 29, 2018**